# DISTRICT COURT OF APPEAL OF FLORIDA
## SECOND DISTRICT

_____

LUNG INSTITUTE, LLC,

Appellant,

v.

CATHERINE RIVERO, as Personal Representative of the ESTATE OF
TAMMY RIVERO and MARILYN MAZZA, Individually, and on behalf of all
others similarly situated.,

Appellees.

No. 2D2024-2894
_____

July 10, 2026

Appeal from the Circuit Court for Hillsborough County; Jennifer
Gabbard, Judge.

David C. Borucke of Cole, Scott & Kissane, P.A., Tampa, for Appellant.

Shea T. Moxon of Brannock Berman & Seider, Tampa; Ben A. Vinson, Jr.
and Mark A. Alonzo of Vinson Law, P.A., Tampa; Stephen A. Barnes of
Barnes Trial Group, Tampa, for Appellees.


PER CURIAM.

    Affirmed.

SLEET, ROTHSTEIN-YOUAKIM, and ATKINSON, JJ., Concur.

_____

Opinion subject to revision prior to official publication.